UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Benner,

Plaintiff,

v.

Civil No. 00-2787 (MJD/JGL)

The Mall of America, et. al.,

Defendant.

Sims,

Plaintiff,

v.

Civil No. 01-513 (JRT/FLN)

The Mall of America, et. al.,

Defendants.

ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE

Case number 00-2787 having been assigned to Judge Michael J. Davis and case number 01-513 having later been assigned to Judge John R. Tunheim and said matters being related cases,

IT IS HEREBY ORDERED that case number 01-513 be assigned to Judge Michael J. Davis, nunc pro tunc, by use of a card on the master list of the automated case assignment system, and the Clerk of Court is directed to void and reuse cards on the same list pursuant to this Court's Assignment of Cases Order dated May 28, 1998.

IT IS FINALLY ORDERED that a copy of this order shall be placed in each of the above respective files.

Dated: March 28, 2001

JUDGE MICHAEL J. DAVIS
United States District Court

Dated: March 28, 2001

JUDGE JOHN R. TUNHEIM
United States District Court

MAR 28 2001
FILED
FRANCIS E. DOSAL, CLE
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pursuant to an Order for Reassignment of Related Cases, this case is reassigned to Judge Michael J. Davis and Magistrate Judge Jonathan G. Lebedoff.

NEW CASE NUMBER CIVIL 01-513 MJD/JGL

Use this case number for all further filings.