UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CORNELIUS BENNER,

Plaintiff,

v.

MALL OF AMERICA, INC.; CITY OF BLOOMINGTON; OFFICER GILES; SERGEANT GAUFF; JOHN DOE; JOHN ROE; AND JOHN COE;

Defendants.

Civil Case No. 00-2787 MJD/JGL

**PRETRIAL ORDER**

---

CHARLES SIMS,

Plaintiff,

v.

MALL OF AMERICA, INC.; CITY OF BLOOMINGTON; JOHN DOE; JOHN ROE; AND JOHN COE;

Defendants.

Civil Case No. 01-513 MJD/JGL

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is 3 days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to June 1, 2001;

3. Plaintiff shall disclose all expert witnesses by December 1, 2001, and reports by January 15, 2002; and Defendants shall disclose all expert witnesses by January 15, 2002, and reports by February 15, 2002;

4. The period during which the parties may seek discovery shall be completed by March 1, 2002;

MAY 0 1 2001
Filed__________
Francis E. Dosal, Clerk
Judgment Entd.__________
Deputy Clerk__________

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to April 1, 2002;

6. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to July 1, 2002; and

7. This case will be considered "ready for trial" as of July 1, 2002.

DATED: May 1, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge