**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**CORNELIUS BENNER**, Civil No. 00-2787 (MJD/JGL)

Plaintiff,

v.

**MINUTES and ORDER**

**MALL OF AMERICA, INC; CITY OF BLOOMINGTON; OFFICER GILES; SERGEANT GAUFF; JOHN DOE; JOHN ROE; AND JOHN COE**;

Defendants.

---

---

**CHARLES SIMS**, Civil No. 01-513 (MJD/JGL)

Plaintiff,

v.

**MINUTES and ORDER**

**MALL OF AMERICA, INC; CITY OF BLOOMINGTON; JOHN DOE; JOHN ROE; AND JOHN COE**;

Defendants.

---

APPEARANCES

Larry Reed, Esq., on behalf of Plaintiffs.

Clifford Greene, Esq., Byron Todd Jones, Esq., Kevin G. Ross, Esq., John Patrick Brendel, Esq., and Burke J. Ellingson, Esq., on behalf of Defendants.

---

MAY 0 1 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD

A hearing was held in chambers on April 30, 2001 before United States Magistrate Judge Jonathan Lebedoff on Defendant City of Bloomington's motion to consolidate cases (Doc. No. 7 in 00-cv-2787; Doc. No. 6 in 01-cv-513). The Court ruled from the Bench. The motions were **GRANTED** as to pretrial discovery, but **DENIED WITHOUT PREJUDICE** as to consolidation for trial

Dated: May 1, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge