UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Cornelius Benner,

Plaintiff,

v.

The Mall of America, the City of Bloomington, Bloomington Police officers Officer Giles, Sergeant Gauff, John Doe, John Roe and John Coe, individually,

Defendants.

Court File No. 00-CV-02787 (MJD/JGL)

**STIPULATION AND ORDER FOR STAY OF PROCEEDINGS**

---

Charles Sims,

Plaintiff,

v.

The Mall of America, the City of Bloomington, Bloomington Police officers Officer Giles, Sergeant Gauff, John Doe, John Roe and John Coe, individually,

Defendants.

Court File No.: 01-513 (MJD/JDL)

WHEREAS, plaintiff Cornelius Benner is subject to criminal charges being considered in a criminal trial in state court; and

WHEREAS, the parties recognize that the final outcome of these state court criminal proceedings will likely bear on the claims asserted in this action, including the claims that rest upon a theory of wrongful arrest;

IT IS THEREFORE STIPULATED AND AGREED between all parties to this lawsuit, through their respective counsel, as follows:

FILED 11-25-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

The Court may stay the proceedings in this civil matter until the final outcome of these state court criminal proceedings as been determined by the state court. The parties agree to notify this Court upon that final determination for the lifting of this stay so that this case my proceed to trial, if necessary.

Nothing in this Stipulation and Order shall be construed as bearing upon the admissibility of any evidence at trial.

Dated: August 23, 2002.

**GREENE ESPEL, P.L.L.P.**

By ______________________

Kevin G. Ross, Reg. No. 027916X
333 South Seventh Street, Suite 1700
Minneapolis, MN 55402
(612) 373-0830

*Attorneys for The City Defendants*

Dated: ~~August~~ September 3, 2002.

**BRENDEL & ZINN, LTD.**

By ______________________

John P. Brendel, Reg. No. 208486
Burke Ellingson, Reg. No.
46 East Fourth Street, Suite 804
St. Paul, MN 55101
(651) 224-4959

*Attorneys for the Mall of America, Inc.*

August ______, 2002.
Sept 8

**HASSAN & REED, LLP**

By ______________________________

Larry E. Reed, Reg. No. 155883
~~Burke Ellingson,~~ Reg. No. ________
2000 Plymouth Avenue North
Minneapolis, MN 55411
(612) 529-3322

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Cornelius Benner,

Plaintiff,

v.

The Mall of America, the City of Bloomington, Bloomington Police officers Officer Giles, Sergeant Gauff, John Doe, John Roe and John Coe, individually,

Defendants.

Court File No. 00-CV-02787 (MJD/JGL)

**ORDER**
**FOR STAY OF PROCEEDINGS**

---

Charles Sims,

Plaintiff,

v.

The Mall of America, the City of Bloomington, Bloomington Police officers Officer Giles, Sergeant Gauff, John Doe, John Roe and John Coe, individually,

Defendants.

Court File No.: 01-513 (MJD/JDL)

The parties have stipulated that because plaintiff Cornelius Benner is subject to criminal charges that are being considered in a criminal trial in state court, and because the final outcome of these state court criminal proceedings will likely bear on the claims asserted in this action, including the claims that rest upon a theory of wrongful arrest, and because the parties have agreed to a stay of proceedings,

IT IS HEREBY ORDERED:

The Court stays the proceedings in this civil matter until the final outcome of the state court criminal proceedings as been determined by the state court; and

The parties shall notify this Court upon that final determination for the lifting of this stay.

Dated: 11-22, 2002.

Michael J. Davis
The Honorable Michael J. Davis
United States District Court Judge

Benner v. The Mall of America, Civil No.: 00-2787 (MJD/JGL)
And
Sims v. The Mall of America, Civil No.: 01-513 (MJD/JGL)