**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Charles Sims,

Plaintiff,

v.

**ORDER**
Civil File No. 01-513 (MJD/JGL)

Mall of America, City of Bloomington,
John Doe, John Roe, and
John Coe, individually,

Defendants.

---

Larry E. Reed, Reed Law Offices, Counsel for the Plaintiff.

Kevin G. Ross, Greene Espel, Counsel for Defendant City of Bloomington.

Burke J. Ellingson, Brendel & Zinn, Counsel for Defendant Mall of America.

---

On March 12, 2004, the Court requested that the parties state their positions with regard to a proposed order for dismissal of this case. While both defendants take the position that dismissal is proper, Plaintiff wishes to continue litigation. The Court concludes that in the absence of a formal motion, dismissal is not proper. Accordingly, the Court declines the proposed order.

Dated: March 25, 2004

/s/ Michael J. Davis
Judge Michael J. Davis
United States District Court