UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.: 01-513 (MJD/JGL)

CHARLES SIMS,

Plaintiff,

v.

**ORDER OF REFERRAL**

MALL OF AMERICA, ET AL.,

Defendants.

---

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge Jonathan G. Lebedoff is designated to conduct hearings on the motion to dismiss. In regard to the motion to dismiss, Magistrate Judge Lebedoff is to submit proposed findings of fact and recommendations of law on the motion to dismiss which may be filed in this matter. Any such motions shall be noticed for hearing before Magistrate Judge Jonathan G. Lebedoff.

Dated: August 24, 2004

s/ Michael J. Davis
Michael J. Davis, Judge
United States District Court