UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Court File No.: 01-513 (MJD/JGL)

Cornelius Benner,

Plaintiff,

v.

The Mall of America, the City of Bloomington, Bloomington Police Officers Officer Giles, Sergeant Gauff, John Doe, John Roe and John Coe, individually,

Defendants.

**MOTION TO SCHEDULE PRE-TRIAL/SETTLEMENT CONFERENCE OR IN THE ALTERNATIVE TO DISMISS**

Court File No.: 01-513 (MJD/JGL)

Charles Sims,

Plaintiff,

v.

The Mall of America, the City of Bloomington, John Doe, John Roe and John Coe, individually,

Defendants.

**MOTION**

Pursuant to the provisions of Rule 41(b) of the Federal Rules of Civil Procedure Defendant moves the Court as follows:

1. For an Order directing and compelling Plaintiffs to personally appear for a pretrial/settlement conference at a date convenient for this Court; or in the alternative,

2. For an Order dismissing Plaintiffs' Complaints for their failure to prosecute the claims.

3. For such other relief as the Court may deem just and proper.

The foregoing motion is made upon all files, records and proceedings.

Dated: September 13, 2004

s/Burke J. Ellingson

Burke J. Ellingson
ID #: 249294
Attorney for Defendant Mall of America
Brendel and Zinn, Ltd.
8519 Eagle Point Boulevard
Suite 110
Lake Elmo, MN 55042
(651) 224-4959
Fax (651) 224-4547
Email: bellingson@brendelandzinn.com