UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Court File No.: 01-513 (MJD/JGL)

Cornelius Benner,

Plaintiff,

v.

The Mall of America, the City of Bloomington, Bloomington Police Officers Officer Giles, Sergeant Gauff, John Doe, John Roe and John Coe, individually,

Defendants.

**NOTICE OF MOTION TO SCHEDULE PRE-TRIAL/SETTLEMENT CONFERENCE OR IN THE ALTERNATIVE TO DISMISS**

Court File No.: 01-513 (MJD/JGL)

Charles Sims,

Plaintiff,

v.

The Mall of America, the City of Bloomington, John Doe, John Roe and John Coe, individually,

Defendants.

TO: ALL PARTIES AND THEIR COUNSEL FOR RECORD:

**PLEASE TAKE NOTICE** that on the 28th day of October, 2004, at 9:00 a.m., in the U.S. Courthouse, Courtroom 9 East, 300 South Fourth Street, Minneapolis, Minnesota before the Chief United States Magistrate Judge Jonathan Lebedoff, Defendant Mall of America will bring a motion to schedule pretrial/settlement conference or, in the alternative, to dismiss.

Dated: September 13, 2004

s/Burke J. Ellingson
Burke J. Ellingson
ID #: 249294
Attorney for Defendant Mall of America
Brendel and Zinn, Ltd.
8519 Eagle Point Boulevard
Suite 110
Lake Elmo, MN 55042
(651) 224-4959
Fax (651) 224-4547
Email: bellingson@brendelandzinn.com