# CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2004, I caused the following documents:

1) Motion to Schedule Pre-Trial/Settlement Conference or in the Alternative to Dismiss;
2) Notice of Motion to Schedule Pre-Trial/Settlement Conference on in the Alternative Dismiss;
3) Memorandum of Law in Support of Motion to Require Plaintiffs to Appear for Pretrial/Settlement Conference or in the Alternative to Dismiss for Failure to Prosecute;

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following: Larry E. Reed, Esq.; Kevin G. Ross

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first-class mail, postage paid, to the following non-ECF participants: Not Applicable

Dated: September 13, 2004

s/Burke J. Ellingson

Burke J. Ellingson
ID #: 249294
***Attorney for Defendant Mall of America***
Brendel and Zinn, Ltd.
8519 Eagle Point Boulevard
Suite 110
Lake Elmo, MN 55042
(651) 224-4959
Fax (651) 224-4547
Email: bellingson@brendelandzinn.com