UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

==========================================================================

| | | |
|---|---|---|
| Charles Sims,<br><br>Plaintiff,<br><br>v.<br><br>Mall of America, the City of Bloomington, et al.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **MOTION TO WITHDRAW AS ATTORNEY OF RECORD**<br><br>**Court File No.: 01-513 (MJD/JGL)** |

==========================================================================

**To:** **Burke J Ellingson, Brendel and Zinn, Ltd., 8519 Eagle Polint Boulevard, Ste. 110, Lake Elmo, MN 55042**
**Kevin G. Ross, Greene Espel, 200 South Sixth Street, Ste. 1200, Minneapolis, MN 55402**

The undersigned remains attorney representing in the above entitled matter although it is clear the plaintiff desires new counsel. Accordingly, the undersigned moves the court fore an order allow him to withdraw. Pursuant to the Rules of Professional Conduct, a copy of relevant documents will be provided only to the court. The undersigned will defer to the court on an decision on whether the information should be disclosed to opposing counsel. The undersigned submits that it should not so as not to affect the Plaintiff right to a fair trial. Based on the record and the materials submitted, withdrawal is appropriate.

Dated: September 13, 2004.

LAW OFFICES OF
LARRY E. REED

_____/s/ Larry E. Reed_____

Larry E. Reed #155883
2000 Plymouth Avenue North
Minneapolis, MN 55411
(612) 529-3322
Fax (612) 529-5229