UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Charles Sims,<br><br>Plaintiff,<br><br>v.<br><br>Mall of America, the City of Bloomington, et al.,<br><br>Defendant. | ) | **NOTICE OF MOTION**<br><br>**Court File No.: 01-513 (MJD/JGL)** |

**To: Burke J Ellingson, Brendel and Zinn, Ltd., 8519 Eagle Polint Boulevard, Ste. 110, Lake Elmo, MN 55042**
**Kevin G. Ross, Greene Espel, 200 South Sixth Street, Ste. 1200, Minneapolis, MN 55402**

**PLEASE TAKE NOTICE** that on September 30, 2004 at 8:30 a.m., the undersigned will move the court for an order allowing him to withdraw as attorney of record. This motion will based on the Rules of Professional Conduct. The undersigned will make an In Camera submission to the court citing the basis for the withdraw request. Pursuant to Rule 1.6, Opposing Counsel will not be provided with this submission.

Dated: September 13, 2004.

Law Offices of
Larry E. Reed

Larry E. Reed #155883
2000 Plymouth Avenue North
Minneapolis, MN 55411
(612) 529-3322
Fax (612) 529-5229