**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**CHARLES SIMS**,

Plaintiff,

v.

**MALL OF AMERICA, INC; CITY OF BLOOMINGTON; JOHN DOE; JOHN ROE; and JOHN COE**;

Defendants.

Civil No. 01-513 (MJD/JGL)

**O R D E R**

---

APPEARANCES

Larry Reed, Esq. on behalf of Plaintiff

Kevin G. Ross, Esq. on behalf of Defendants City of Bloomington, John Doe, John Roe, and John Coe

---

This case is scheduled for a motion hearing on Thursday, September 30, 2004, on Plaintiff's counsel's motion to withdraw as attorney of record. Plaintiff's counsel, Larry Reed, submitted his request and exhibits to the Court in camera and indicated he would defer to the Court as to whether the information should be disclosed to Defendants. Defendants City of Bloomington, John Doe, John Roe, and John Coe ("the municipal Defendants") have requested a copy of the materials. The Court has reviewed the information and finds it should be disclosed prior to the hearing, on an

Attorney's Eyes Only basis. In the interest of time, the Court will provide a facsimile copy of the documents to the municipal Defendants. Defendants may provide their substantive response orally at the hearing.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendants are entitled to a copy of Mr. Reed's request to withdraw and accompanying exhibits prior to the hearing on September 30, 2004. The materials will be sent to Defendants via facsimile and are provided on an Attorney's Eyes Only basis.

Dated: September 28, 2004

s/ Jonathan Lebedoff
JONATHAN LEBEDOFF
Chief United States Magistrate Judge