**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**NOTIFICATION OF CONVENTIONAL FILING OF CITY DEFENDANT'S RESPONSE TO MOTION FOR WITHDRAWAL**

Charles Sims,

Plaintiff(s),

v.

Case Number: CV-01-513 (MJD/JGL)

The Mall of America, the City of Bloomington, John Doe, John Roe and John Coe, individually,

Defendant(s).

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

*City Defendants' Response to Motion for Withdrawal*

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

_____ Voluminous Document* (Document number of order granting leave to file conventionally: _____)

_____ Unable to Scan Documents (PDF file size larger than the e-filing system allows)

_____ Physical Object (description): _____

_____ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_____ Item Under Seal* (Document number of protective order: _____)

_____ Conformance with the Judicial Conference Privacy Policy (General Order 53)
(Document number of redacted version: _____)

X Other (description): per Magistrate Judge Lebedoff at oral hearing on September 30, 2004.

* Filing of these items requires Judicial Approval.

This Notice is e-filed as a place holder in ECF for the documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).