**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2004, I caused the following documents:

Notification of Conventional Filing of City Defendants' Response to Motion for Withdrawal

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Larry E. Reed, leered@twincitylawyers.com
Burke Ellingson, bellingson@brendelandzinn.com

I further certify that on September 30, 2004, I caused the following document:

City Defendants' Response to Motion for Withdrawal **(under seal)**

to be mailed by first class mail, postage paid (designated under seal), to the following counsel:

| | |
|---|---|
| Larry E. Reed<br>2000 Plymouth Avenue North<br>Minneapolis, MN 55411 | Burke J. Ellingson<br>Brendel & Zinn, Ltd.<br>Suite 110<br>8519 Eagle Point Blvd.<br>Lake Elmo, MN 55042 |

Dated: 09/30/2004

s/ Kevin G. Ross

Kevin G. Ross