# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Charles Sims,

Plaintiff,

v.

Mall of America, Inc., City of Bloomington, John Roe, John Coe, and John Doe,

Defendants.

## COURT MINUTES

BEFORE: Jonathan G. Lebedoff
Chief U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 01-cv-513 (MJD/JGL) |
| Date: | September 30, 2004 |
| Court Reporter: | none |
| Tape Number: | number not available |
| Time Commenced: | 8:30 a.m. |
| Time Concluded: | 9:00 a.m. |
| Time in Court: | 0 Hours & 30 Minutes |

APPEARANCES:

For Plaintiff: Larry Reed, Esq.
For Defendants: Monte Mills, Esq. and Burke Ellingson, Esq.

Interpreter / Language: English

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** ☒ **COURT**

Motion hearing on Larry Reed's Motion to Withdraw as Counsel (Doc. No. 22).

☒ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☒ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/Adrienne Meyers
Signature of Judicial Law Clerk