**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**CHARLES SIMS**,

Plaintiff,

v.

**MALL OF AMERICA, INC; CITY OF BLOOMINGTON; JOHN DOE; JOHN ROE; and JOHN COE**;

Defendants.

Civil No. 01-513 (MJD/JGL)

**O R D E R**

---

APPEARANCES

Larry Reed, Esq. on behalf of Plaintiff

Monte Mills, Esq. on behalf of Defendants City of Bloomington, John Doe, John Roe, and John Coe

Burke Ellingson, Esq. on behalf of Defendant Mall of America, Inc.

---

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter came before the undersigned Chief Magistrate Judge of District Court on September 30, 2004 on Larry Reed's Motion to Withdraw as Counsel (Doc. No. 22). The case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and D. Minn. LR 72.1.

Larry Reed has asked to withdraw as counsel for Plaintiff for reasons he expressed in an in camera submission to the Court. Prior to the hearing, the Court asked Mr. Reed to have his client available at the hearing. Although Plaintiff advised Mr. Reed's assistant that he would be at the hearing, Plaintiff was not present. Mr. Reed did not know Plaintiff's position on the motion to withdraw. Accordingly, the Court will reserve ruling on Mr. Reed's motion until the hearing on Defendant Mall of America's motion to dismiss on October 28, 2004, at 9:00 a.m. As he remains counsel of record, Mr. Reed must file a response to the motion to dismiss and appear at the hearing on behalf of his client. Plaintiff Charles Sims is also ordered to appear at the hearing, and Mr. Reed must so notify him and send him a copy of this Order.

At the present time, the only motion noticed for hearing on October 28, 2004, is Defendant Mall of America's motion to dismiss. If the municipal Defendants intend to seek a similar disposition or join in that motion, they are advised to comply with the Local Rules and the Federal Rules of Civil Procedure in doing so.

Finally, counsel for Defendant Mall of America mentioned some docketing errors in another case, Benner v. Mall of America, et al., No. 00-cv-2787. That issue is not a part of this case, is not properly before the Court,

and cannot be corrected by this Court in any event. Counsel should confer with Mr. Reed and contact the Clerk's Office for further assistance.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Court will reserve ruling on Larry Reed's motion to withdraw as counsel (Doc. No. 22) until the motion hearing on October 28, 2004. Mr. Reed must continue as counsel of record, and both Mr. Reed and Plaintiff must appear at the hearing.

Dated: September 30, 2004

s/ Jonathan Lebedoff
JONATHAN LEBEDOFF
Chief United States Magistrate Judge