IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2004, I caused the following documents:

1. Motion to extend time to file appeal and for appointment of counsel.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an notice of the electronic filing to the following:

Pat Brendel and Kevin Ross

**Dated: October 14, 2004.**

Law Offices of
Larry E. Reed

______/s / *Larry E. Reed*_____
**Larry E. Reed #155883**