# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

Charles Sims,

Plaintiff,

v.

Mall of America, Inc., City of Bloomington, John Roe, John Coe, and John Doe,

Defendants.

**COURT MINUTES**
BEFORE: Jonathan G. Lebedoff
Chief U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 01-cv-513 (MJD/JGL) |
| Date: | October 28, 2004 |
| Court Reporter: | Lori Skoog |
| Tape Number: | n/a |
| Time Commenced: | 9:00 a.m. |
| Time Concluded: | 9:10 a.m. |
| Time in Court: | 0 Hours & 10 Minutes |

APPEARANCES:

For Plaintiff: Larry Reed, Esq.
For Defendants: Burke Ellingson and Kevin Ross, Esqs.

Interpreter / Language: English

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** ☒ **COURT**

Motion hearing on Defendant Mall of America's Motion to Schedule Pre-Trial/Settlement Conference or in the Alternative to Dismiss for Lack of Prosecution (Doc. No. 18).

☐ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☒ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☒ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/Adrienne Meyers
Signature of Judicial Law Clerk