**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**CHARLES SIMS**,

Plaintiff,

v.

**MALL OF AMERICA, INC; CITY OF BLOOMINGTON; JOHN DOE; JOHN ROE; and JOHN COE**;

Defendants.

Civil No. 01-513 (MJD/JGL)

**O R D E R**

---

APPEARANCES

Larry Reed, Esq. on behalf of Plaintiff

Kevin Ross, Esq. on behalf of Defendants City of Bloomington, John Doe, John Roe, and John Coe

Burke Ellingson, Esq. on behalf of Defendant Mall of America, Inc.

---

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter is before the undersigned Chief Magistrate Judge of District Court on Plaintiff's counsel Larry Reed's Motion to Withdraw. The case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and D. Minn. LR 72.1.

On September 30, 2004, the Court heard Plaintiff's counsel Larry Reed's Motion to Withdraw. The Court reserved ruling on Mr. Reed's motion

until the hearing on Defendant Mall of America's Motion to Schedule Pre-Trial/Settlement Conference or in the Alternative to Dismiss for Lack of Prosecution, which was held today. Based on Plaintiff's failure to attend the motion hearing today as previously ordered and on Plaintiff's letter to Mr. Reed of October 27, 2004 (Court Ex. 1), Mr. Reed's motion is now granted.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Larry Reed's motion to withdraw as counsel (Doc. No. 22) is **GRANTED**.

Dated: October 28, 2004

s/ Jonathan Lebedoff
JONATHAN LEBEDOFF
Chief United States Magistrate Judge