**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**CHARLES SIMS**, Civil No. 01-513 (MJD/JGL)

Plaintiff,

v.

**REPORT AND RECOMMENDATION**

**MALL OF AMERICA, INC; CITY OF BLOOMINGTON; JOHN DOE; JOHN ROE; and JOHN COE**;

Defendants.

---

APPEARANCES

Larry Reed, Esq. on behalf of Plaintiff

Burke Ellingson, Esq. on behalf of Defendant Mall of America, Inc.

Kevin Ross, Esq. on behalf of Defendants City of Bloomington, John Doe, John Roe, and John Coe

---

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter came before the undersigned Chief Magistrate Judge of District Court on Defendant Mall of America's Motion to Schedule Pre-Trial/Settlement Conference or in the Alternative to Dismiss for Lack of Prosecution (Doc. No. 18). The case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and D. Minn. LR 72.1.

Prior to the hearing, Plaintiff's counsel delivered to the Court a letter from Plaintiff to his counsel dated October 27, 2004. The letter was admitted into evidence at the hearing as Court's Exhibit 1 and reads as follows.

> To: Attorney Larry Reed
>
> From: Charles Sims
>
> Subject: Sims vs. The Mall of America and City of Bloomington Lawsuit
>
> Mr. Reed, I am requesting that you contact the above named defendants to terminate my civil action lawsuit against them effective immediately. I do not wish to continue this lawsuit. While I still feel the police officers were wrong in their actions involving this case, I do not wish to move forward with any legal action. I have made this decision of my own free will and I authorize you to speak on my behalf in explaining to the court my wishes to cease any further action against the City of Bloomington and the Mall of America.

(Court Ex. 1.)

Based on this letter, the Court recommends that the case be dismissed with prejudice as to all Defendants. The letter indicates a firm intention to terminate all current and future litigation. Although the letter does not specifically mention the unnamed Defendant officers, it is clear that Plaintiff intends for the letter to apply to his case in its entirety.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY RECOMMENDED**:

(1) Based on Court's Exhibit 1, this case should be **DISMISSED WITH PREJUDICE** as to all Defendants; and

(2) Defendant Mall of America's Motion to Schedule Pre-Trial/Settlement Conference or in the Alternative to Dismiss for Lack of Prosecution (Doc. No. 18) should be **DENIED AS MOOT**.

Dated: October 28, 2004

s/ Jonathan Lebedoff
JONATHAN LEBEDOFF
Chief United States Magistrate Judge

Pursuant to D. Minn. LR 72.1(c)(2), any party may object to this Report and Recommendation by filing with the Clerk of Court and serving on all parties, within ten days of service of this Report and Recommendation, written objections which specifically identify the portions of the proposed findings or recommendations to which objection is being made, and a brief in support thereof. A party may respond to the objecting party's brief within ten days after service thereof. All briefs filed under this rule shall be limited to ten pages. A judge shall make a de novo determination of those portions to which objection is made. This Report and Recommendation does not constitute an order or judgment of the District Court, and it is therefore not appealable to the Circuit Court of Appeals.