To; Attorney Larry Reed

From; Charles Sims

Subject; Sims vs. The Mall of America and city of Bloomington Lawsuit

Mr. Reed, I am requesting that you contact the above named defendants to terminate my civil action lawsuit against them effective immediately. I do not wish to continue this lawsuit. While I still feel the police officers were wrong in their actions involving this case, I do not wish to move forward with any legal action. I have made this decision of my own free will and I authorize you to speak on my behalf in explaining to the court my wishes to cease any further action against the City of Bloomington and the Mall of America.

Sincerely,

Charles L. Sims

SCANNED
OCT 29 2004
U.S. DISTRICT COURT MPLS

10/28/04 Hrg.
Court Ex.
1
CV01-513 MJD/JGL