UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-0513 (MJD/JGL)

CHARLES SIMS,

Plaintiff,

v.

**ORDER OF RECUSAL**

MALL OF AMERICA, INC., et al.,

Defendants.

Pursuant the provisions of 28 U.S.C. §455(b)(5)(ii), the undersigned hereby recuses himself in this matter.

DATED: November 22, 2004

s/Jonathan Lebedoff
JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge