**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**CHARLES SIMS**, Civil No. 01-513 (MJD/JGL)

Plaintiff,

v. **O R D E R**

**MALL OF AMERICA, INC; CITY OF BLOOMINGTON; JOHN DOE; JOHN ROE; and JOHN COE**;

Defendants.

---

APPEARANCES

Larry Reed, Esq. on behalf of Plaintiff

Burke Ellingson, Esq. on behalf of Defendant Mall of America, Inc.

Kevin Ross, Esq. on behalf of Defendants City of Bloomington, John Doe, John Roe, and John Coe

---

Based upon the Report and Recommendation by Chief United States Magistrate Judge Jonathan Lebedoff dated October 28, 2004; all the files, records, and proceedings herein; and no objections having been filed to that Report and Recommendation;

**IT IS HEREBY ORDERED**:

(1) Based on Court's Exhibit 1, this case is **DISMISSED WITH PREJUDICE** as to all Defendants; and

(2) Defendant Mall of America's Motion to Schedule Pre-Trial/Settlement Conference or in the Alternative to Dismiss for Lack of Prosecution (Doc. No. 18) is **DENIED AS MOOT**.

Dated: November 22, 2004

s/ Michael J. Davis
MICHAEL J. DAVIS
United States District Court